# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Curtis Alden Starr, Jr., | ) | Case No. 4:14-cr-232 |
| | ) | |
| Defendant. | ) | |

On July 15, 2015, defendant filed a notice of substitution of counsel, advising that he had retained new counsel, attorney David Dusek. Accordingly, the court **ORDERS** that attorney David Dusek shall be substituted as counsel of record for defendant. Attorney Tyrone Turner is **GRANTED** leave to withdraw as defense counsel.

Dated this 17th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court