# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,           )<br>                                                     )<br>            Plaintiff,                    )       **ORDER**<br>                                                     )<br>     vs.                                        )<br>                                                     )<br> Curtis Aldin Starr, Jr.,               )<br>                                                     )       Case No. 4:14-cr-232<br>            Defendant.               ) | |

Defendant is charged in a petition with violation his conditions of supervised release. (Doc. No. 83). On January 7, 2026, he waived his right to preliminary and detention hearings and was ordered detained pending by the court pending a final hearing on the petition. (Doc. Nos 94 and 96).

On January 27, 2026, the court was advised that Defendant is currently hospitalized at Trinity Hospital in Minot, North Dakota, for a medical emergency.  The court is inclined, on its own motion, to temporarily release Defendant while he is hospitalized.  Absent a furlough, the United States Marshal Service ("USMS") or its contract designee will be required to maintain a presence at the hospital for the duration of Defendant's hospitalization. Temporarily releasing Defendant will allow the USMS to conserve its limited resources. Moreover, it will afford Defendant with privacy while hospital staff attends to his medical issues.

Accordingly, the Defendant is temporarily released from custody.  Upon his discharge from Trinity Hospital, Defendant shall immediate contact the USMS or its designee and thereafter surrender to the facility designated by the USMS with the understanding that he will remain in custody pending further order from the court. Defendant shall keep the USMS apprised of his anticipated discharge date. Trinity Hospital shall also inform the United States Marshals Service

when Defendant is to be discharged.

**IT IS SO ORDERED.**

Dated this 27th day of January, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
