# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Curtis Aldin Starr, Jr., ) | Case No. 4:14-cr-232 |
| ) | |
| Defendant. ) | |

The court ordered Defendant detained on January 7, 2026. On January 27, 2026, Defendant was hospitalized for a medical emergency. Consequently, the court issued an order temporarily releasing Defendant from custody with instructions to immediately contact the United States marshal upon his discharge from the hospital and surrender to the facility designated by the United States marshal.

Defendant was discharged from the hospital on February 3, 2026. On the morning of February 4, 2026, the United States marshal informed the court that Defendant had yet to surrender to the designated facility, the Ward County Correctional Center. Consequently, the court directed the Clerk's office to issue an arrest warrant for Defendant.

On the evening of February 4, 2026, the United States marshal informed the court that Defendant had surrendered to the Ward County Correctional Center. As Defendant has returned to custody, the court **QUASHES** the warrant for his arrest.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court